**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH, CEPHALON LLC, EAGLE PHARMACEUTICALS, INC., and EAGLE SUB1 LLC, | ) ) ) ) ) ) | |
|        Plaintiffs, | ) ) | |
|        v. | ) ) ) | C.A. No. _____ **ANDA CASE** |
| ALMAJECT, INC., and ALVOGEN, INC., | ) ) ) | |
|        Defendants. | ) ) ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR EAGLE PHARMACEUTICALS, INC. AND EAGLE SUB1 LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC, non-governmental entities, through their undersigned counsel, state:

1. Eagle Sub1 LLC is a wholly owned subsidiary of Eagle Pharmaceuticals, Inc.; and

2. Eagle Pharmaceuticals, Inc. has no parent corporation and no company owns 10% or more of Eagle Pharmaceuticals, Inc.'s stock.

Dated: September 18, 2025

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Eagle Pharmaceuticals, Inc. and Eagle Sub1 LLC*

ME1\57915113.v1